COM.

v.

**TREADWAY, P.**

**1361 EDA 2016**

Superior Court of Pennsylvania.

07/03/2017

CP–15–CR–0001794–2010 (Chester)

Affirmed

COM.

v.

**WALKER–WOMACK, M.**

**1809 EDA 2016**

Superior Court of Pennsylvania.

07/03/2017

CP–51–CR–0007619–2013
(Philadelphia)

Affirmed

HORTON, D.

v.

**BRUNO, J.**

**2176 EDA 2016**

Superior Court of Pennsylvania.

07/03/2017

130202725 (Philadelphia)

Affirmed

COM.

v.

**FELICIANO, M.**

**2417 EDA 2016**

Superior Court of Pennsylvania.

07/03/2017

CP–09–CR–0000497–2011
(Bucks)

Affirmed